UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LENCY DONNELL AUGUST,

        Plaintiff,

  v.

WARDEN JAMES J. FORSHEY, *et al.*,

        Defendants.

Case Nos. 2:25-cv-915; 2:25-cv-1010; 2:25-cv-1234
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

Plaintiff Lency Donnell August is an Ohio inmate proceeding without assistance of counsel. After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge issued a Report and Recommendation recommending that the Court permit Plaintiff to proceed on his excessive force claim against Defendant D. Stack in his individual capacity, and that the Court dismiss Plaintiff's remaining claims. (ECF No. 10.)

Plaintiff was advised of his right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 10). Mr. August may proceed with his excessive force claim against Defendant D. Stack in his individual capacity. The balance of Plaintiff's claims are **DISMISSED**.

        **IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
        **SARAH D. MORRISON, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**