**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

LENCY DONNELL AUGUST,

      Plaintiff,

    v.

CORRECTIONAL OFFICER D. STACK,
*et al.*,

      Defendants.

Civil Action 2:25-cv-915
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

**ORDER**

This matter is before the Court on Plaintiff's Motion Requesting a Finding of Default (ECF No. 18).  For the reasons that follow, Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

Plaintiff commenced this action on August 12, 2025. (ECF No. 1.) On December 1, 2025, the undersigned issued an Order and Report and Recommendation that granted Plaintiff's application for leave to proceed *in forma pauperis* and recommended dismissal of Plaintiff's claims against all Defendants apart from Correctional Officer D. Stack. (ECF No. 10.) That recommendation was adopted by the Court on February 6, 2026. (ECF No. 15.) Plaintiff submitted the necessary forms to obtain service of process by the U.S. Marshal, and Defendant Stack was served by certified mail on January 12, 2026. (ECF No. 14.) On February 26, 2026, when no answer to the Complaint had been filed by Stack, Plaintiff filed the subject Motion Requesting a Finding of Default. (ECF No. 18.)

The Court cannot enter default against Stack. In actions commenced by a prisoner, defendants are not required to file an answer to the complaint unless ordered to do so by the Court. 42 U.S.C. § 1997e(g)(1)–(2). The Court has made no such order here. Accordingly, even though more than 21 days have elapsed since Stack was served with the Complaint, entry of default would not be appropriate. In sum, Plaintiff's Motion (ECF No. 18) is **DENIED WITHOUT PREJUDICE**.

However, given that the undersigned did not recommend dismissal of certain claims against Stack, an answer by Stack would aid the Court. Accordingly, Stack is **ORDERED**, pursuant to 42 U.S.C. § 1997e(g)(2), to file an answer to Plaintiff's Complaint **WITHIN 21 DAYS** of the date of this Order. If Stack fails to file an answer within this time period, Plaintiff may file a renewed motion for entry of default.

The Clerk is **DIRECTED** to serve a copy of this Order on (1) Defendant D. Stack at Noble Correctional Institution, 15708 McConnelsville Rd., Caldwell, OH  43724, and (2) the Ohio Attorney General's Office (which represents defendants employed by the State of Ohio in similar matters) at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2