**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**LENCY DONNELL AUGUST,**

**Plaintiff,**

**v.**

**CORRECTIONAL OFFICER D. STACK,**
*et al.*,

**Defendants.**

**Civil Action 2:25-cv-915
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura**


**ORDER**

This matter is before the Court on Plaintiff's Motion in Opposition to the Attorney General's Pleading (ECF No. 30), in which Plaintiff objects to several defenses asserted in Defendant Stack's Answer to Plaintiff's Complaint (ECF No. 21). The Court construes Plaintiff's filing as a response to Defendant's Answer. However, Federal Rule of Civil Procedure 7(a) lists the pleadings allowed in a federal civil action, and a response to an Answer is not among them. Accordingly, the Court **STRIKES** Plaintiff's in Opposition to the Attorney General's Pleading (ECF No. 30) from the docket.


      **IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE